**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**John Richard VETTER, III, Respondent**

**No. 12 MAL 2017**

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

**AND NOW,** this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**